COLICH & SONS, L.P.   547 West 140th Street   Gardena, CA 90248-1909

42558

| EMPLOYEE: MANUEL MUNOZ | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SOC SEC #: xxx-xx-0604 | HOURS | RATE | AMOUNT | | HOURS | | CURRENT | YTD |
| REG RATE: 30.930 | 9.50 | 44.595 | 423.66 | REGULAR | 40.00 | GROSS PAY | 1660.86 | 21507.06 |
| | 40.00 | 30.930 | 1237.20 | 1.5 OT | 9.50 | FIT | 167.30 | 1982.48 |
| | | | | 2.0 OT | 0.00 | FICA | 93.84 | 1215.14 |
| PER BEGIN: 04/26/11 | | | | TOTAL | 49.50 | SIT | 54.18 | 557.45 |
| PER ENDED: 05/02/11 | | | | WAGES | 1660.86 | OTH STAX | 19.93 | 258.11 |
| CHK DATE: 05/06/11 | | | | | | VAC/DUE-S2 | 178.20 | 2376.00 |
| CHK#: 42558 | | | | | | | | |
| NET PAY: 1147.41 | | | | | | | | |
| CHK AMT: 1147.41 | | | | | | NET PAY | 1147.41 | 15117.88 |

---

DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aquí
Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS
ISSUE DATE 05/09/2011

79-642842

| RECIPIENT: 36-13118953 | | | |
|---|---|---|---|
| NUNEZ  MARTHA | | CURRENT | YTD |
| 310 E PHILADELPHIA ST SPC 156 | GROSS | 432.90 | 3947.92 |
| ONTARIO  CA  91761 | NET | 364.93 | 3639.40 |
| | FICA | 16.18 | 165.80 |
| PROVIDER: 052324 | MEDICARE | 6.28 | 57.26 |
| NUNEZ  JURY | SDI | 5.19 | 47.36 |
| 3056 N I ST | FIT | 3.66 | 38.10 |
| SN BERNRDNO  CA  92405 | | | |
| FROM: 04/16/2011 | DUES | 30.66 | |
| TO: 04/30/2011  HOURS: 46.8 | DENTAL INS. | 0.00 | |

IHSS PROGRAM INFORMATION
REPORT IHSS FRAUD BY CALLING THE FRAUD HOTLINE: 1 877 605-23

ARREARS

```
                                                                    79-870035
KEEP THIS STUB FOR YOUR RECORDS          ISSUE DATE: 05/19/2011     CURRENT    YTD
Separe el schedule aquí
Guarde este talón para se archivo                          GROSS    437.63    4361.75
                                                           NET      400.36    4039.76
RECIPIENT: 36-1511895?        MARTHA                       FICA      18.22     184.02
NUNEZ                                                      MEDICARE   6.29      63.55
310 E PHILADELPHIA ST SPC 156                              SDI        8.21      52.67
ONTARIO                       CA   91761                   FIT        3.75      41.89

PROVIDER: 052329
NUNEZ                         JURY
305E N I ST
SN BERNRDNO                   CA   92405

FROM: 05/01/2011
TO:   05/15/2011   HOURS:  46.9                                              ARREARS

IHSS PROGRAM INFORMATION

REPORT IHSS FRAUD BY CALLING THE FRAUD HOTLINE: 1-877-605-23
21
Detach here and complete for your next payment request     * Separe aquí y complete para su siguiente solicitud de pago
```

† DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aquí
Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS
ISSUE DATE 03/18/2011

78-462819

RECIPIENT: 36-13118953
NUNEZ       MARTHA
310 E PHILADELPHIA ST SPC 156
ONTARIO          CA   91761

PROVIDER: 052324
NUNEZ       JURY
3056 N I ST
SN BERNRDNO      CA   92405

FROM: 03/01/2011
TO:   03/15/2011   HOURS:   46.8

IHSS PROGRAM INFORMATION

| | CURRENT | YTD |
|---|---|---|
| GROSS | 432.90 | 2647.36 |
| NET | 399.59 | 2439.09 |
| FICA | 18.18 | 111.18 |
| MEDICARE | 6.28 | 38.40 |
| SDI | 5.19 | 31.75 |
| FIT | 3.66 | 26.94 |

ARREARS

---

† DETACH CHECK HERE
KEEP THIS STUB FOR YOUR RECORDS
Separe el cheque aquí
Guarde este talón para su archivo

STATEMENT OF EARNINGS AND DEDUCTIONS
ISSUE DATE 04/06/2011

78-861705

RECIPIENT: 36-13118953
NUNEZ       MARTHA
310 E PHILADELPHIA ST SPC 156
ONTARIO          CA   91761

PROVIDER: 052324
NUNEZ       JURY
3056 N I ST
SN BERNRDNO      CA   92405

FROM: 03/16/2011
TO:   03/31/2011   HOURS:   46.9

IHSS PROGRAM INFORMATION

| | CURRENT | YTD |
|---|---|---|
| GROSS | 433.83 | 3081.19 |
| NET | 365.70 | 2839.45 |
| FICA | 18.22 | 129.40 |
| MEDICARE | 6.29 | 44.69 |
| SDI | 5.21 | 36.96 |
| FIT | 3.75 | 30.69 |
| DUES | 30.66 | |
| DENTAL INS. | 4.00 | |

REPORT IHSS FRAUD BY CALLING THE FRAUD HOTLINE: 1 877 605-21

ARREARS

| | ISSUE DATE 04/22/2011 | CURRENT | YTD |
|---|---|---|---|
| | GROSS | 433.83 | 3515.02 |
| | NET | 400.36 | 3239.81 |
| | FICA | 18.23 | 147.42 |
| | MEDICARE | 6.29 | 50.98 |
| | SDI | 5.21 | 42.17 |
| | FIT | 3.75 | 34.44 |

RECIPIENT: 56-13118?3
NUNEZ    MARTHA
310 E PHILADELPHIA ST SPC 156
ONTARIO    CA 91761

PROVIDER: 052324
NUNEZ    JURY
3056 N I ST
SN BERNRDNO    CA 92405

FROM: 04/01/2011
TO:   04/15/2011    HOURS: 46.9

IHSS PROGRAM INFORMATION

ARREARS

REPORT IHSS FRAUD BY CALLING THE FRAUD HOTLINE: 1 877 605-2321

COLICH & SONS, L.P.   547 West 140th Street   Gardena, CA 90248-1509

42603

| EMPLOYEE : MANUEL MUNOZ | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOC SEC # : xxx-xx-0604 | HOURS | RATE | AMOUNT | | HOURS | CURRENT | YTD |
| REG RATE : 30.930 | 0.50 | 44.595 | 22.30 | REGULAR | 40.00 | GROSS PAY : 1259.50 | 24360.52 |
|  | 40.00 | 30.930 | 1237.20 | 1.5 OT | 0.50 | FIT : 107.10 | 2246.85 |
|  |  |  |  | 2.0 OT | 0.00 | FICA : 71.16 | 1376.36 |
| PER BEGIN : 05/10/11 |  |  |  | TOTAL | 40.50 | SIT : 25.57 | 631.32 |
| PER ENDED : 05/16/11 |  |  |  |  |  | OTH STAX : 15.11 | 292.35 |
| CHK DATE : 05/20/11 |  |  |  | WAGES | 1259.50 |  |  |
| CHK# : 42603 |  |  |  |  |  | VAC/DUE-S2 : 145.80 | 2694.60 |
| NET PAY : 894.76 |  |  |  |  |  |  |  |
| CHK AMT : 894.76 |  |  |  |  |  | NET PAY : 894.76 | 17119.04 |

COLICH & SONS, L.P.   547 West 140th Street   Gardena, CA 90248-1509

42627

| EMPLOYEE : MANUEL MUNOZ | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOC SEC # : xxx-xx-0604 | HOURS | RATE | AMOUNT | | HOURS | CURRENT | YTD |
| REG RATE : 30.930 | 1.50 | 44.595 | 66.90 | REGULAR | 24.00 | GROSS PAY : 809.22 | 25169.74 |
|  | 24.00 | 30.930 | 742.32 | 1.5 OT | 1.50 | FIT : 39.56 | 2286.41 |
|  |  |  |  | 2.0 OT | 0.00 | FICA : 45.72 | 1422.08 |
| PER BEGIN : 05/17/11 |  |  |  | TOTAL | 25.50 | SIT : 3.71 | 635.03 |
| PER ENDED : 05/23/11 |  |  |  |  |  | OTH STAX : 9.71 | 302.06 |
| CHK DATE : 05/26/11 |  |  |  | WAGES | 809.22 |  |  |
| CHK# : 42627 |  |  |  |  |  | VAC/DUE-S2 : 91.80 | 2786.40 |
| NET PAY : 618.72 |  |  |  |  |  |  |  |
| CHK AMT : 618.72 |  |  |  |  |  | NET PAY : 618.72 | 17737.76 |

COLICH & SONS, L.P.   547 West 140th Street   Gardena, CA 90248-1509

42579

| EMPLOYEE : MANUEL MUNOZ | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOC SEC # : xxx-xx-0604 | HOURS | RATE | AMOUNT | | HOURS | CURRENT | YTD |
| REG RATE : 30.930 | 8.00 | 44.595 | 356.76 | REGULAR | 40.00 | GROSS PAY : 1593.96 | 23101.02 |
|  | 40.00 | 30.930 | 1237.20 | 1.5 OT | 8.00 | FIT : 157.27 | 2139.75 |
|  |  |  |  | 2.0 OT | 0.00 | FICA : 90.06 | 1305.20 |
| PER BEGIN : 05/03/11 |  |  |  | TOTAL | 48.00 | SIT : 48.30 | 605.75 |
| PER ENDED : 05/09/11 |  |  |  |  |  | OTH STAX : 19.13 | 277.24 |
| CHK DATE : 05/13/11 |  |  |  | WAGES | 1593.96 |  |  |
| CHK# : 42579 |  |  |  |  |  | VAC/DUE-S2 : 172.80 | 2548.80 |
| NET PAY : 1106.40 |  |  |  |  |  |  |  |
| CHK AMT : 1106.40 |  |  |  |  |  | NET PAY : 1106.40 | 16224.28 |

COLICH & SONS, L.P.   547 West 140th Street   Gardena, CA 90248-1509

424

EMPLOYEE : MANUEL MUNOZ
SOC SEC # : xxx-xx-0604
REG RATE : 30.930    40.00   30.930   1237.20

PER BEGIN : 03/29/11
PER ENDED : 04/04/11
CHK DATE : 04/07/11
CHK# : 42471
NET PAY : 880.60

CHK AMT : 880.60

| | HOURS |
|---|---|
| REGULAR | 40.00 |
| 1.5 OT | 0.00 |
| 2.0 OT | 0.00 |
| TOTAL | 40.00 |
| WAGES | 1237.20 |

| | CURRENT | |
|---|---|---|
| GROSS PAY | 1237.20 | 1517 |
| FIT | 103.75 | 133 |
| FICA | 69.90 | 85 |
| SIT | 24.10 | 35 |
| OTH STAX | 14.85 | 18 |
| VAC/DUE-S2 | 144.00 | 168 |
| NET PAY | 880.60 | 1075 |

---

COLICH & SONS, L.P.   547 West 140th Street   Gardena, CA 90248-1509

42494

EMPLOYEE : MANUEL MUNOZ
SOC SEC # : xxx-xx-0604
REG RATE : 30.930    40.00   30.930   1237.20

PER BEGIN : 04/05/11
PER ENDED : 04/11/11
CHK DATE : 04/14/11
CHK# : 42494
NET PAY : 880.60

CHK AMT : 880.60

| | HOURS |
|---|---|
| REGULAR | 40.00 |
| 1.5 OT | 0.00 |
| 2.0 OT | 0.00 |
| TOTAL | 40.00 |
| WAGES | 1237.20 |

| | CURRENT | |
|---|---|---|
| GROSS PAY | 1237.20 | 16412.98 |
| FIT | 103.75 | 1442.90 |
| FICA | 69.90 | 927.32 |
| SIT | 24.10 | 382.32 |
| OTH STAX | 14.85 | 196.98 |
| VAC/DUE-S2 | 144.00 | 1832.40 |
| NET PAY | 880.60 | 11691.06 |

---

COLICH & SONS, L.P.   547 West 140th Street   Gardena, CA 90248-1509

42517

EMPLOYEE : MANUEL MUNOZ
SOC SEC # : xxx-xx-0604
REG RATE : 30.930    16.50   44.595   735.83
                     40.00   30.930   1237.20

PER BEGIN : 04/12/11
PER ENDED : 04/18/11
CHK DATE : 04/22/11
CHK# : 42517
NET PAY : 1317.26

CHK AMT : 1317.26

| | HOURS |
|---|---|
| REGULAR | 40.00 |
| 1.5 OT | 16.50 |
| 2.0 OT | 0.00 |
| TOTAL | 56.50 |
| WAGES | 1973.03 |

| | CURRENT | |
|---|---|---|
| GROSS PAY | 1973.03 | 18386.01 |
| FIT | 235.08 | 1677.98 |
| FICA | 111.48 | 1038.80 |
| SIT | 82.13 | 464.45 |
| OTH STAX | 23.68 | 220.66 |
| VAC/DUE-S2 | 203.40 | 2035.80 |
| NET PAY | 1317.26 | 12943.32 |